UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

L.B., by and through his Guardians Ad Litem Eric Baumgardner and Robin Morrisey,

Plaintiff,

v.

SAN DIEGO UNIFIED SCHOOL DISTRICT,

Defendant.

Case No.: 23-cv-00528-AJB-DDL

**ORDER SETTING BRIEFING SCHEDULE**

**(Doc. No. 86)**

Plaintiff L.B. has filed a motion to supplement the administrative record. (Doc. No. 86.) For efficient case management, the Court **ORDERS**:

1. Defendant San Diego Unified School District's response must be filed **no later than December 3, 2026**.

2. Plaintiff may file a reply **no later than December 10, 2026**.

3. A Hearing on the Motion to Supplement is **SET** for **January 7, 2027**, at **10:00 AM** in Courtroom 4A of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California. *See* J. Battaglia Civ. Case Proc. § II.

4. In light of the possibility that the administrative record is not yet complete, the Hearing on the Cross Motions for Summary Judgment is **VACATED** to be reset once

the administrative record is finalized.

5. All future motions must comply with the undersigned's Civil Case Procedures, which require the moving party to call the Court to receive a hearing date prior to filing a noticed motion. *See* J. Battaglia Civ. Case Prox. § III.B.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Hon. Anthony J. Battaglia
United States District Judge